# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In Re:  
    Buffalo Newspress Inc. d/b/a BNP Empower  
                    Debtor(s)

Case No.: 1−25−10125−CLB  
Chapter: 11  

Tax ID: 16−1206028

## DEFICIENCY NOTICE

Docket # *1* – Chapter 11 Voluntary Petition(Non−Individual)(Non−Railroad). Filing Fee Due: $1738.00. Filed by Buffalo Newspress Inc. d/b/a BNP Empower Print (Flag set: PlnDue) (Lelonek, Kevin)

**PLEASE TAKE NOTICE** that the document(s) above contains deficiencies:

[   ] Amendment:
- [   ] Amended Schedules must be served upon the supplemental creditors.
- [   ] It appears creditors are being added as the fee was paid, however, a mailing matrix listing only the new creditors was not filed. The Court will not determine which creditors are being added. To efile and avoid paying a fee in error: Bankruptcy > Other > Mailing Matrix.

[   ] Certificate of Personal Financial Management Course Completion (aka Certificate of Debtor Education) is missing. Official Form 423 was discontinued as of December 1, 2024 and can no longer be used to fulfill this requirement. Without this Certificate, this case will be closed without entry of a discharge order. To efile: Bankruptcy > Other > Financial Management Course Certificate.

[   ] The caption on the document filed does not match the case caption in CM/ECF.

[   ] Cover Sheet:

[   ] Certificate of service:

[   ] Proposed Order:

[ X ] Other: NAICS Code is missing.

**ADDITIONAL INFORMATION:** *Contact Chambers for a hearing date & time at (716) 362−3281. Motion Practice can be found on the Court's website at: www.nywb.uscourts.gov*

[   ] This motion **WILL NOT** be considered by the Court.

[   ] To efile, **Bankruptcy > Motions > AMENDED MOTION**. Link back to the original motion.

[   ] To efile, **Bankruptcy >**

**\*Questions regarding this notice should be directed to the Buffalo Clerk's Office at 716−362−3200.**

Date: February 5, 2025          Lisa Bertino Beaser, Clerk of the Bankruptcy Court  
                                             By: J. Nieves, Deputy Clerk

Form dfyother/Doc 4  
www.nywb.uscourts.gov